FILED

06/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0144

STATE OF MONTANA,

Plaintiff and Appellee,

v.

EDWARD LEROY SOUTHER,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 4, 2022, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 23 2022